## Commonwealth *v.* Farmer, Appellant.

Argued September 12, 1969. *Joseph G. Feldman,* with him *Stephen M. Feldman,* for appellant; *Michael M. Baylson,* Assistant District Attorney, with him *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.